BLOOMFIELD SAVINGS BANK v.
ROBERT LEE JOHNSON, *ET AL.*

February 15, 1972. Petition for certification denied.

WALTER V. BARKLEY v. FOSTER ESTATES, INC.

February 15, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. JAMES J. RODWELL.

February 15, 1972. Petition for certification denied.

MERCURY FEDERAL SAVINGS AND LOAN ASSN. v.
M. GENEVIEVE FULLERTON NIEDER.

February 15, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH POLIZZI.

February 15, 1972. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF EUGENE A.
DEUTSCH FOR WRIT OF HABEAS CORPUS.

February 14, 1972. Petition for certification denied.